UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60468-CIV-COHN/SELTZER

LAWRENCE SIEGAL,

       Plaintiff,

v.

THE BANK OF NEW YORK MELLON AS
TRUSTEE FOR THE CHASEFLEX TRUST
SERIES 2007-1,

       Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Final Order of Dismissal [DE 14]. Having considered the stipulation and the record in this case, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned action are **DISMISSED with prejudice**. Each party shall bear its own attorney's fees and costs except as otherwise agreed by the parties. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of April, 2012.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF